NO. 07-04-0345-CV

NO. 07-05-0186-CV

NO. 07-05-0253-CV

NO. 07-05-0311-CV

NO. 07-05-0439-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

APRIL13, 2006

______________________________

In re: VIVIAN JACKSON, an Incapacitated Person

_________________________________

FROM THE COUNTY COURT AT LAW NO. 1  OF POTTER COUNTY;

NO. 282-1; HON. W. F. “CORKY” ROBERTS, PRESIDING

_______________________________

ORDER DISMISSING APPEALS

       
_______________________________

Before QUINN, C.J., REAVIS, J., and BOYD, S.J.
(footnote: 1)
 Appellants, by and through their attorneys, have moved to dismiss the appeals numbered above due to all matters having been resolved between the parties.  Without passing on the merits of the cases, we grant the motions pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeals.  Having dismissed the appeals at the request of appellants, no motions for rehearing will be entertained, and our mandates will issue forthwith.

Per Curiam

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  
Tex. Gov’t Code Ann
. §75.002(a)(1) (Vernon 2005).